### 6954.   KINARD v. THE STATE.

WADE, J.   The motion for a new trial was based upon the general grounds only, and the testimony in behalf of the State, which the jury accepted as credible, sufficiently supported the verdict.   The trial judge did not err in overruling the motion for a new trial.        *Judgment affirmed.*
DECIDED DECEMBER 9, 1915.

Indictment for sale of liquor; from Colquitt superior court— Judge Cox.   April 15, 1915.

*James Humphreys,* for plaintiff in error.

*J. A. Wilkes, solicitor-general,* contra.

---

### 6977.   LARIMORE v. THE STATE.

WADE, J.   The motion for a new trial was based upon the general grounds only.   The evidence authorized the verdict, and the court did not err in overruling the motion for a new trial.        *Judgment affirmed.*
DECIDED DECEMBER 9, 1915.

Accusation of assault and battery; from city court of Dublin. September 13, 1915.

*W. A. Dampier, Fred Kea,* for plaintiff in error.

*S. P. New, solicitor,* contra.